Todd Blanche
Deputy Attorney General of the United States
Benjamin D. Seal
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:26-CR-2005-RLP |
| Plaintiff, | INDICTMENT |
| v. | Vio:  18 U.S.C. §§ 922(g), 924(a)(8) |
| CODY DEVON JEROME PETERS, | Felon in Possession of a Firearm and Ammunition |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about December 12, 2025, in the Eastern District of Washington, the Defendant, CODY DEVON JEROME PETERS, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Weatherby Vanguard, 6.5mm Creedmoor rifle bearing serial number VB221514, and two rounds of 6.5mm Creedmoor ammunition, which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, CODY DEVON JEROME PETERS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Weatherby Vanguard, 6.5mm Creedmoor rifle bearing serial number VB221514, and

- two rounds of 6.5mm Creedmoor ammunition.

DATED this 11th day of February 2026.

A TRUE BILL

███████████████

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2